UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL HOLMES,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,[1]

    Defendant.

: CIVIL ACTION NO. 3:18-CV-1401
:
: (JUDGE MARIANI)
: (Magistrate Judge Mehalchick)

## ORDER

AND NOW, THIS 3rd DAY OF SEPTEMBER 2019, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 21) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 21) is **ADOPTED** for the reasons set forth therein;

2. The Commissioner of Social Security's decision is **VACATED**;

3. The case is **REMANDED** to the Commissioner to fully develop the record, conduct a new administrative hearing, and appropriately evaluate the evidence pursuant to sentence four of 42 U.S.C. § 405(g);

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, the current Commissioner of Social Security, replaces former Commissioner Nancy A. Berryhill as the Defendant to this action.